AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| GUIDECRAFT, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-01247-LPL |
| OJCOMMERCE, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GUIDECRAFT, INC.

Date:   09/25/2018

*Attorney's signature*

Steven W. Zoffer, Esquire, PA ID 62497
*Printed name and bar number*
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

*Address*

szoffer@dmclaw.com
*E-mail address*

412-392-5492
*Telephone number*

412-392-5367
*FAX number*