AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| GUIDECRAFT, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-01247 |
| OJCOMMERCE, LLC, a Delaware corporation; et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, GUIDECRAFT, INC.

Date:   Sept. 25, 2018

*Attorney's signature*

Brett W. Farrar, Esquire (No. 79217)
*Printed name and bar number*
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402

*Address*

bfarrar@dmclaw.com
*E-mail address*

412-281-7272
*Telephone number*

888-811-7144
*FAX number*