IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUIDECRAFT, INC., ) | Case No.:2:18-cv-01247-LPL |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | |
| ) | |
| OJCOMMERCE, LLC, et. al. ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**AFFIDAVIT OF DEVIN FREEDMAN IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

I, DEVIN FREEDMAN, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, DEVIN FREEDMAN, being duly sworn, do hereby depose and say as follows:

1. I am an attorney with the law firm Boies Schiller Flexner LLP.

2. My business address is 100 SE 2nd Street, Suite 2800, Miami, FL 33131

3. I am a member in good standing of the District of Columbia and Florida Bars My Florida bar identification number is 99762. My DC bar identification number is 1021812. I am also admitted in the United States District Courts for the Southern, Middle, and Northern Districts of Florida.

4. I primarily practice in Florida. A current certificate of good standing from the Florida Bar is attached to this Affidavit as Exhibit A.

5. I never had any disciplinary action taken against me.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: October 4, 2018                               *s/ Devin Freedman*
                                                     DEVIN FREEDMAN