### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUIDECRAFT, INC., | ) | Case No.:2:18-cv-01247-LPL |
| | ) | |
| vs. | ) | |
| | ) | |
| OJCOMMERCE, LLC, et. al. | ) | |

**ORDER GRANTING DEVIN FREEDMAN'S MOTION FOR ADMISSION PRO HAC VICE ON BEHALF OF DEFENDANTS**

Having considered DEVIN FREEDMAN'S MOTION FOR ADMISSION PRO HAC VICE ON BEHALF OF DEFENDANTS, this Court hereby rules as follows:

DEVIN FREEDMAN'S MOTION FOR ADMISSION PRO HAC VICE ON BEHALF OF DEFENDANTS is **GRANTED**.

**SO ORDERED.**

Dated: This \_\_\_\_ day of _____, _____.

_____
Honorable Lisa Pupo Lenihan
Magistrate Judge