IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUIDECRAFT, INC ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| vs. ) | Case No. 2:18-cv-01247-LPL |
| ) | |
| OJCOMMERCE, LLC, et. al. ) | |
| ) | |
| Defendant(s) ) | |

## PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____

_____
Signature

Print Name: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: 10/22/2018

/s/ Shlomo Y Hecht
Signature

Print Name: Shlomo Y Hecht